**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>TRUSTEES OF THE CHICAGO REG. COUNCIL OF CARPENTERS PENSION FUND<br>vs.<br>SCF COMMERICAL FLOORING, INC. | Case Number:<br>FILED: AUGUST 07, 2008<br>08CV4473<br>JUDGE CASTILLO<br>MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, Plaintiffs

| |
|---|
| NAME (Type or print)<br>Amy Elizabeth Paluch Epton |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Amy Elizabeth Paluch Epton |
| FIRM<br>Whitfield McGann & Ketterman |
| STREET ADDRESS<br>111 E. Wacker Dr., Suite 2600 |
| CITY/STATE/ZIP<br>Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6278817 | TELEPHONE NUMBER<br>(312) 251-9700 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐