## United States District Court for the Northern District of Illinois

Case Number: 08CV4473          Assigned/Issued By: DAJ

Judge Name: CASTILLO          Designated Magistrate Judge: KEYS

---

### FEE INFORMATION

Amount Due:   [✓] $350.00     [ ] $39.00     [ ] $5.00
              [ ] IFP         [ ] No Fee     [ ] Other _____
              [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                   Receipt #: 3003984

Date Payment Rec'd: 08/07/08          Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   
                                         _____
[ ] Citation to Discover Assets          _____
                                         (Victim, Against and $ Amount)
[ ] Writ _____
         (Type of Writ)

2 Original and 0 copies on 08/07/08 as to SCF COMMERCIAL
                           (Date)
FLOORING INC, SCF COMMERCIAL FLOORING INC C/O JESUS SERNA.

---

C:\wpwin80\docket\feeinfo.frm     03/14/05